PACIFIC AEROSPACE & ELECTRONICS, INC., Plaintiff–Appellant,

v.

SRI HERMETICS, INC., Defendant–Appellee.

No. 2006–1123.

United States Court of Appeals, Federal Circuit.

Feb. 27, 2006.

ON MOTION

*ORDER*

Upon consideration of the stipulated motion of the parties to dismiss Pacific Aerospace & Electronics, Inc.'s appeal (05–0155 USDC ED WA),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.